IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Waller, Unice | Case Number: 04 B 31112 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 8/20/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 13, 2008
Confirmed: October 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,641.40 | |
| Secured: | | 0.00 |
| Unsecured: | | 8,612.95 |
| Priority: | | 346.76 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 638.29 |
| Other Funds: | | 1,149.40 |
| Totals: | 13,641.40 | 13,641.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Illinois Dept of Revenue | Priority | 346.76 | 346.76 |
| 3. | Peoples Energy Corp | Unsecured | 28.22 | 18.98 |
| 4. | Premier Bankcard | Unsecured | 49.67 | 279.10 |
| 5. | Cingular Wireless | Unsecured | 44.64 | 250.85 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 19.00 | 106.77 |
| 7. | Nuvell Financial Services | Unsecured | 1,172.63 | 6,589.02 |
| 8. | American Express Travel Relate | Unsecured | 19.19 | 107.83 |
| 9. | Kohl's/Kohl's Dept Stores | Unsecured | 63.70 | 357.97 |
| 10. | Sir Finance Corporation | Unsecured | 149.70 | 841.17 |
| 11. | Illinois Dept of Revenue | Unsecured | 10.90 | 61.26 |
| 12. | Bank Card | Unsecured | | No Claim Filed |
| 13. | Household Credit Services | Unsecured | | No Claim Filed |
| 14. | Chadwicks Of Boston | Unsecured | | No Claim Filed |
| 15. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 16. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 17. | Comcast | Unsecured | | No Claim Filed |
| 18. | National Auto Credit | Unsecured | | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 20. | National Payment Center | Unsecured | | No Claim Filed |
| 21. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | Retailers National Bank | Unsecured | | No Claim Filed |
| 24. | R & E Allen Management | Unsecured | | No Claim Filed |
| 25. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Waller, Unice

Printed: 9/3/08

Case Number: 04 B 31112
Judge: Wedoff, Eugene R
Filed: 8/20/04

| | | | | |
|---|---|---|---|---|
| 26. | Village of Oak Park | Unsecured | | No Claim Filed |
| 27. | Social Security Administration | Unsecured | | No Claim Filed |
| 28. | SBC | Unsecured | | No Claim Filed |
| 29. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 30. | Target | Unsecured | | No Claim Filed |

_____                      _____
$ 4,798.41                    $ 11,853.71

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 59.15 |
| 4% | 19.60 |
| 3% | 30.93 |
| 5.5% | 165.69 |
| 5% | 47.18 |
| 4.8% | 109.64 |
| 5.4% | 206.10 |
| | _____ |
| | $ 638.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

